### Harlow W. Heath and Perley R. Lovejoy, *vs.* Edward Irelan.

No appeal lies from an order allowing the complainant to examine the defendant as a witness; such an order is merely *interlocutory* in its nature, not *final*, and determines no question of right between the parties.

Farmers Bank of Maryland *vs.* Sprigg.

APPEAL from the Circuit Court for Baltimore city.

A bill was filed by the appellee against the appellants, to vacate for fraud as against creditors, a bill of sale of certain personal property made by Heath to Lovejoy. Answers were filed by the defendants, denying the fraud charged, a replication filed, and a commission to take testimony ordered to be issued. The complainant then applied for an order allowing him to examine the defendants as witnesses. This application was resisted by the defendants, but the court (KREBS, J.) passed the order as prayed, from which this appeal was taken by the defendants.

The cause was argued before LE GRAND, C. J., ECCLESTON, TUCK and BARTOL, J., by *H. Stockbridge* for the appellants, and *Benj. C. Barroll* for the appellee.

BARTOL, J., delivered the opinion of this court.

The order of the circuit court, from which this appeal was taken, is merely *interlocutory* in its nature, not *final.* It determined no question of right between the parties; and from such an order, it has been settled by repeated adjudications in this court, no appeal will lie.

The propriety of the passage of the order is, therefore, not a question now properly before us, and the appeal must be dismissed.

*Appeal dismissed.*